UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WALTER D. NEALY, PC
ATTORNEY AT LAW
100 South Van Brunt Street, Suite 2C
Englewood, New Jersey 07631
Tel: (201) 227-0063
Fax: (201) 227-6118
Email: nealylaw@gmail.com

**Order Filed on May 9, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

Lemuel Dunnigan

Case Number:     19-14929-SLM
Hearing Date:    May 8, 2019
Judge:           Stacey L. Meisel
Chapter:         13

Recommended Local Form:   [X] Followed   [ ] Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 9, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been presented to the Court by _____Walter D. Nealy_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to _____Lemuel Dunnigan_____ is reinstated effective the date of this order,^as to all creditors properly served

*rev.7/12/16*

2