Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                    Case No.:  19−14929−SLM
                                    Chapter:  13
                                    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lemuel Dunnigan Jr.
   127 Sanford Street
   East Orange, NJ 07018

Social Security No.:
   xxx−xx−9365

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/18/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 18, 2019
JAN: rah

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-14929-SLM
Lemuel Dunnigan, Jr.                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Jun 18, 2019
                              Form ID: 148             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db             +Lemuel Dunnigan, Jr.,    127 Sanford Street,    East Orange, NJ 07018-1906
518076518      +Bureau of Account Management,    P.O. Box 8875,    Camp Hill, PA 17001-8875
518076519      +Cap1/dbarn,    Po Box 30253,    Salt Lake City, UT 84130-0253
518076522      +Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
518076523      +Chester Radiology Associates PA,    P.O. Box 182255,    Columbus, OH 43218-2255
518076524      +Christine Sales,    127 Stanford Ave,    East Orange, NJ 07018-1906
518076525      +Credence Resource Management LLC,    P.O. Box 2090,    Southgate, MI 48195-4090
518076526      +Essex County Sheriff's Office,    50 West Nelson Street,    Newark, NJ 07102-1502
518076528      +Genesis Summit Ridge Center,    20 Summit Street,    West Orange, NJ 07052-1501
518076529       IMA Post Acute Care Phys, LLC,    P.O. Box 80212,    Lynn, MA 01910-1000
518076533      +KML LAW Group, PC,    216 Haddon Ave Suite 406,    Westmnt, NJ 08108-2812
518076532      +Kessler Institute for Rehabilitation,    P.O.Box 2034,    Mechanicsburg, PA 17055-0793
518076535      +NJ Memory and Behavioral Care, LLC,    14 Ridgedale Avenue, Suite 103,
                 Cedar Knolls, NJ 07927-1106
518076537      +SLS,    8742 Lucent Blv,    Littleton, CO 80129-2302
518076538     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: STATE OF NEW JERSEY,    DIVISION OF TAXATION,    COMPLIANCE ACTIVITY,
                 P O BOX 245,    Trenton, NJ 08695)
518254840      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518076539      +Wellsfargo,    127 Sanford Street,    East Orange, NJ 07018-1906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2019 00:14:33      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2019 00:14:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518076520      +EDI: CAPITALONE.COM Jun 19 2019 03:43:00      Capital One,    Po Box 5253,
                 Carol Stream, IL 60197-5253
518076521      +E-mail/Text: bankruptcy@cavps.com Jun 19 2019 00:14:46      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
518076527      +EDI: AMINFOFP.COM Jun 19 2019 03:43:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
518076530       EDI: IRS.COM Jun 19 2019 03:43:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518076534      +E-mail/Text: bncnotices@becket-lee.com Jun 19 2019 00:13:46      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518253944       EDI: RESURGENT.COM Jun 19 2019 03:43:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO BOX 10587,    Greenville, SC 29603-0587
518076536      +E-mail/Text: bankruptcy@senexco.com Jun 19 2019 00:13:06      Senex Services Corp,
                 333 Founds Rd,    Indianapolis, IN 46268
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518076531*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    PO box 9052,    Andover, MA 01810-9052)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                              Signature: /s/Joseph Speetjens

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Jun 18, 2019
                                  Form ID: 148             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-1 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Walter D. Nealy    on behalf of Debtor Lemuel  Dunnigan, Jr. nealylaw@gmail.com,
               r43366@notify.bestcase.com;walterdnealy-pc-5pBm29TvkU@mycasemail.com
                                                                                             TOTAL: 4
```